JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN J. KELLEY, <br>     Petitioner, <br> v. <br> ERIC ARNOLD, Warden, <br>     Respondent. | Case No. CV 17-00966-R (KES) <br><br> **JUDGMENT** |

    Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: February 13, 2017

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE